1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    BRANDON LANE WATERS,                    No. 2:13-cv-1740-CMK-P

12              Plaintiff,

13        vs.                                      ORDER

14    DUEL VOCATIONAL
      INSTITUTION, et al.,
15
              Defendants.
16    _____/

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

18    U.S.C. § 1983.   Pending before the court is plaintiff's request for leave to proceed in forma

19    pauperis (Doc. 6).  Plaintiff's complaint will be addressed separately.

20              Plaintiff has submitted a declaration that makes the showing required by 28

21    U.S.C. § 1915(a).  While plaintiff has not submitted a certified copy of his prison trust account as

22    required by 28 U.S.C. § 1915(a)(2), he indicates that he has requested such a statement from

23    prison officials but that none has been provided to him.  It thus appears that plaintiff's inability to

24    submit a complete in forma pauperis application is no fault of his own, but is due to the inaction

25    of prison officials.  Because plaintiff has otherwise demonstrated by affidavit that he is indigent

26    and entitled to in forma pauperis status, the court will conditionally grant his applications subject

1  to later submission of a certified copy of his prison trust account statement. The court will direct

2  prison officials to submit a certified copy of plaintiff's trust account statement.

4          To:     The California Department of Corrections and Rehabilitation
                   1515 S Street, Sacramento, California 95814:

6          Plaintiff is obligated to pay the full statutory filing fee of $350.00 for this action.

7  In addition to any initial partial filing fee required to be assessed, plaintiff will be obligated to

8  make monthly payments in the amount of twenty percent of the preceding month's income

9  credited to plaintiff's inmate trust account.  The agency referenced above is required to send to

10 the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's inmate

11 trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of

12 $350.00 is paid in full.  See 28 U.S.C. § 1915(b)(2).

13         Accordingly, IT IS HEREBY ORDERED that:

14         1.      Plaintiff's motion for leave to proceed in forma pauperis (Doc. 6) is

15 conditionally granted;

16         2.      Plaintiff is required to pay the full statutory filing fee of $350.00 for this

17 action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

18         3.      The director of the agency referenced above, or a designee, shall collect

19 from plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions

20 of 28 U.S.C. § 1915(b)(1) and shall forward the amount to the Clerk of the Court, such payment

21 to be clearly identified by the name and number assigned to this action;

22         4.      Thereafter, the director of the agency referenced above, or a designee, shall

23 collect from plaintiff's inmate trust account the balance of the filing fee by collecting monthly

24 payments from plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the

25 preceding month's income credited to plaintiff's inmate trust account and forwarding payments to

26 the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28

U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full, such payments to be clearly identified by the name and number assigned to this action;

        5.     Within 30 days of the date of this order, the director of the agency referenced above, or a designee, shall submit to the court, under cover of the attached Notice of Submission of Documents, a certified copy of plaintiff's trust account statement;

        6.     The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit to the address shown above; and

        6.     The Clerk of the Court is further directed to serve a copy of this order on the Financial Department of the court.

DATED:  June 11, 2014

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

3

1

2

3

4

5               **IN THE UNITED STATES DISTRICT COURT**

6             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    BRANDON LANE WATERS,                    No. 2:13-cv-1740-CMK-P

9              Plaintiff,

10         vs.

11   DUEL VOCATIONAL
     INSTITUTION, et al.,
12
              Defendants.
13   _____/

14

15                   NOTICE OF SUBMISSION OF DOCUMENTS

16           I hereby submit a certified copy of plaintiff's trust account statement.

17   DATED: _____        _____
                                      Director or designee
18

19

20

21

22

23

24

25

26

4